# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>ARMANDO HURTADO,<br><br>                  Defendant. | Case No. 24-CR-166-JPS<br><br>**ORDER** |

        On August 20, 2024 the Government filed a five-count Indictment in which Defendant Armando Hurtado ("Defendant") was charged with violating 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), and 846, and 18 U.S.C. § 2(a). ECF No. 10. On March 5, 2025, the parties filed a plea agreement indicating that Defendant would plead guilty to Count One in the Indictment, with the Government to move to dismiss the remaining counts as to Defendant at the time of sentencing. ECF No. 19.

        The parties appeared before Magistrate Judge Stephen C. Dries on April 4, 2025 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 22. Defendant entered a plea of guilty as to Count One in the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Dries determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. *Id*.

The same day, Magistrate Judge Dries filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly.[1] ECF No. 23. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Judge Dries's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries's Report and Recommendation, ECF No. 23, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 22nd day of April, 2025.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge

---

[1] The same day as the change of plea hearing, the parties filed an addendum to the plea agreement, indicating that Defendant agreed to forfeit his interest in specified property; Defendant, his attorney, and the Government's attorney all signed the addendum. ECF No. 24. The Indictment and a subsequent bill of particulars apprised Defendant of the possibility of forfeiture. ECF No. 10 at 6; ECF No. 14. The Court is satisfied that Defendant has knowingly agreed to this term and its incorporation into the plea agreement.